# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRANDON LEE ROMERO,

    Defendant.

Case No. MJ19-565-MLP

DETENTION ORDER

Offenses charged:

    Supervised Release Violation

Date of Detention Hearing: November 20, 2019

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant stipulated to detention.

2. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of Defendant as required or ensure the safety of the community, pending his initial appearance in the District of Montana.

DETENTION ORDER - 1

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending initial appearance in the District of Montana and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 21st day of November, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge